Brian K. Madden - notice only
PO Box 7663
Arlington, VA 22207-0663

old address, do not use

AmeriCredit/GM Financial
Attn: Bankruptcy
Po Box 183853
Arlington, TX 76096

AmeriCredit/GM Financial
Po Box 181145
Arlington, TX 76096

Amex
Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998

Amex
P.o. Box 981537
El Paso, TX 79998

Commonwealth Asset Serv. LLC
281 Independence Blvd.
Pembroke One Building, 5th Fl.
Virginia Beach, VA 23462

Credit Management Control
Attn: Bankruptcy
Po Box 1654
Green Bay, WI 54305

Credit Management Control
P.o. Box 1654
Green Bay, WI 54301

Freedom Mortgage Corp.
Attn: Bankruptcy
PO Box 50428
Indianapolis, IN 46250

```
Freedom Mortgage Corporation
907 Pleasant Valley Ave
Mount Laurel, NJ 08054


INOVA Health System
2990 Telestar Ct.
Falls Church, VA 22042-1207


IRS
P.O. Box 7346
Philadelphia, PA 19101-7346


IRS - Richmond
Special Procedures Branch
P.O. Box 10025
Richmond, VA 23240-0025


IRS c/o Civil Process Clerk
US atty office
2100 Jamieson Ave
Alexandria, VA 22314


LVNV Funding
PO Box 740281
Houston, TX 77274


NetCredit
175 W. Jackson Blvd., Suite 1000
Chicago, IL 60604


NetCredit
175 W Jackson Blvd
Chicago, IL 60604


no name on CR Liability



Opportunity Financial, LLC
130 East Randolph Street
Suite 3400
Chicago, IL 60601


Opportunity Financial, LLC
11 E. Adams
Chicago, IL 60603
```

Phoenix Financial Services. Llc
Attn: Bankruptcy
Po Box 361450
Indianapolis, IN 46236


Phoenix Financial Services. Llc
8902 Otis Ave Ste 103a
Indianapolis, IN 46216


Receivables Management Partners (RMP)
Attn:  Bankruptcy Dept
Po Box 349
Greensburg, IN 47240


Receivables Management Partners (RMP)
1312 W Westridge Blvd
Greensburg, IN 47240


Santander Consumer USA
PO Box 562088
Suite 900
Dallas, TX 75247


Sykes, Bourdon, Ahern & Levy,
281 Independence Blvd., 5th fl
Virginia Beach, VA 23462


U.S. Department of Education
Ecmc/Bankruptcy
Po Box 16408
Saint Paul, MN 55116


U.S. Department of Education
Po Box 5609
Greenville, TX 75403


United Consumers Inc
Attn: Bankruptcy Dept
Po Box 4466
Woodbridge, VA 22192


United Consumers Inc
14205 Telegragh Rd
Woodbridge, VA 22192

```
Virginia Dept. of Taxation
P.O. Box 2369
Richmond, VA 23218-2369


Virginia Dept. of Taxation
P.O. Box 1880
Richmond, VA 23218-1880


Virginia Dept. of Taxation
P.O. Box 1115
Richmond, VA 23218-1115


Wells Fargo Bank NA
Attn: Bankruptcy
1 Home Campus Mac X2303-01a
Des Moines, IA 50328


Wells Fargo Bank NA
Credit Bureau Dispute Resoluti
Des Moines, IA 50306
```