**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| **In re:** ) | |
| ) | |
| **TYSON E. COLE-HINES** ) | **Case No. 19-11209-BFK** |
| **KIA E. COLE** ) | |
| ) | **Chapter 13** |
| **Debtor** ) | |
| ) | |
| **RESTON ASSOCIATION** ) | |
| ) | |
| **Movant** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **TYSON E. COLE-HINES** ) | |
| **KIA E. COLE** ) | |
| ) | |
| **Respondents** ) | |

**ORDER ALLOWING PROOF OF CLAIM #14-1**

This matter having come on for consideration based upon the filing of a Motion to Allow Late Claim, and after a hearing on the merits held on November 26, 2019, and the Court being otherwise sufficiently advised in the premises;

IT IS HEREBY ORDERED that pursuant to Rule 3002(c)(6)(A) of the Federal Rules of Bankruptcy Procedure, Proof of Claim #14-1 filed by Reston Association (the "Association") on November 1, 2019 is allowed as timely filed.

Date: Dec 2 2019

/s/ Brian F. Kenney
Hon. Brian F. Kenney
United States Bankruptcy Judge

Entered on Docket: Dec 2, 2019

I ask for this:

**/s/ Jeremy C. Huang**
Jeremy C. Huang, VSB No. 76861
CHADWICK WASHINGTON
MORIARTY ELMORE & BUNN, P.C.
3201 Jermantown Rd., Suite 600
Fairfax, VA 22030
TEL: 703-352-1900 / FAX: 703-352-5293
jhuang@chadwickwashington.com

SEEN AND NO OBJECTION:

**/s/ Thomas P. Gorman**
Thomas P. Gorman, VSB No. 26421
Chapter 13 Trustee
300 N. Washington St., Suite 400
(703) 836-2226

## Local Rule 9022-1(C) Certification

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

**/s/ Jeremy C. Huang**
Jeremy C. Huang

## PARTIES TO RECEIVE COPIES

Brian Kenneth Madden
Brian K. Madden, P.C.
PO Box 7663
Arlington, VA 22207
*Attorney for the Debtor(s)*

Thomas Gorman
Chapter 13 Trustee
300 N. Washington, Suite 400
Alexandria, VA 22314

## END OF ORDER